## ESSOCIATE, INC., Plaintiff–Appellant,

v.

## AZOOGLE.COM, INC., Epic Media Group, Inc., and Social Assets, LLC (doing business as Kinetic Social), Defendants–Appellees.

No. 2013–1446.

United States Court of Appeals, Federal Circuit.

May 13, 2014.

Derek A. Newman, Newman Du Wors LLP, of Seattle, WA, argued for the plaintiff-appellant. With him on the brief were Derek Linke, John Du Wors, and Keith Scully.

Jennifer L. Gregor, Godfrey & Kahn, S.C., of Madison, WI, argued for defendants-appellees.

LOURIE, CLEVENGER, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**